**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MORGAN HOWARTH,<br><br>          Plaintiff,<br><br>v.<br><br>BANDURA DESIGN, LLC,<br><br>          Defendant. | Civil Action No.: 1:24-cv-00246 |

**[PROPOSED] ORDER**

Before the Court is Plaintiff MORGAN HOWARTH's Consent Motion to Continue Deadline for Filing Rule 26(f) Report and to Continue the July 25, 2024, Initial Scheduling Conference. The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**

The Court will schedule a new initial scheduling conference on _____, 2024 at _____ via videoconference.

_____
HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2024, a true copy of the foregoing Proposed Order was served via the Court's electronic filing system on:

*/s/ Faith Beckworth*
Faith Beckworth

| | |
|---|---|
| ERIK M. PELTON | DARREN A. HEITNER |
| erik@erikpelton.com | Darren@HeitnerLegal.com |
| | |
| **ERIK M. PELTON & ASSOCIATES, PLLC** | **HEITNER LEGAL, PLLC** |
| 111 Park Place | 215 Hendricks Isle |
| Suite 1A | Fort Lauderdale, FL 33301 |
| Falls Church, VA 22046 | |
| 703.525.8009 – Telephone | 954.558.6999 – Telephone |
| 703.525.8089 – Facsimile | 954.927.3333 – Facsimile |
| | |
| *Counsel for Defendant Bandura Design, LLC* | *Counsel for Defendant Bandura Design, LLC* |